1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MECHELE SEIFERT,<br><br>        Plaintiff,<br>    v.<br><br>MARTIN J. O'MALLEY,[1]<br>Commissioner of Social Security Administration,<br><br>        Defendant. | Case No. 5:22-cv-02132-JGB-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
|---|---|

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing objections to the Report and Recommendation has passed and no objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

---

[1] The Court substitutes Commissioner Martin J. O'Malley as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

IT IS ORDERED that Judgment be entered AFFIRMING the decision of the Commissioner of Social Security.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  April 9, 2024

                                       HON. JESUS G. BERNAL
                                       UNITED STATES DISTRICT JUDGE