JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECHELE SEIFERT,<br><br>    Plaintiff,<br>    v.<br><br>MARTIN J. O'MALLEY,[1]<br>Commissioner of Social Security Administration,<br><br>    Defendant. | Case No. 5:22-cv-02132-JGB-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner is AFFIRMED.

DATED: April 9, 2024

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

---

[1] The Court substitutes Commissioner Martin J. O'Malley as the Defendant in this action pursuant to Federal Rules of Civil Procedure 25(d).